THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Brandon C.
 Mazyck, Appellant.
 
 
 
 
 

Appeal From Berkeley County
 James C. Williams, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-589
 Submitted December 1, 2009  Filed
December 14, 2009    

AFFIRMED

 
 
 
 Appellate Defender Lanelle C. Durant, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Assistant Attorney General Julie M. Thames, all of Columbia;
 Solicitor Scarlett A. Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Brandon C. Mazyck appeals his conviction
 for assault and battery of a high and aggravated nature (ABHAN).  On appeal, he argues the trial court erred in: (1) denying his motion for a continuance;
 and (2) denying his motion for a mistrial.  We affirm pursuant to Rule
 220(b), SCACR, and the following authorities:  
1. 
 As to whether the trial court erred in denying his motion for a continuance: State
 v. Williams, 321 S.C. 455, 459, 469 S.E.2d 49, 51-52 (1996) ("Where
 there is no showing that any other evidence on behalf of the appellant could
 have been produced, or that any other points could have been raised had more
 time been granted for the purpose of preparing the case for trial, the denial
 of a motion for continuance is not an abuse of discretion.").  
2. 
 As to whether the trial court erred in denying his motion for a mistrial: State
 v. King, 334 S.C. 504, 510, 514 S.E.2d 578, 581 (1999) (stating to preserve
 an issue for appellate review, the objection must be timely made, which usually
 requires it be made at the earliest possible opportunity).

AFFIRMED.[1]
HUFF,
 GEATHERS, JJ., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.